UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

William Cody

                              Plaintiff,

v.                                             Case No.: 1:14–cv–05252
                                                           Honorable Manish S. Shah

The Nielsen Company (US) LLC, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 14, 2014:

       MINUTE entry before the Honorable Manish S. Shah: Pursuant to the Notice of Voluntary Dismissal [23] Plaintiff's claims against the defendants are dismissed with prejudice and the claims of the putative class members are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees. Status hearing previously set for 10/20/14 at 9:30 a.m. is hereby stricken and no appearance is necessary. Terminate civil case. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.